

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:          Joseph Andrew Beach v. Christine Nicole Beach

Appellate case number:     01-19-00123-CV

Date Motion Filed:             April 24, 2020

Party Filing Motion:          Appellant, Joseph Andrew Beach


      It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Sherry Radack_____
               ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Date: __May 5, 2020_____